## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Troy D. Ladd,**

    **Plaintiff,**

    **v.**

**Mailroom Storekeeper
Jonathan Blackford, *et al.*,**

    **Defendants.**

**Case No. 2:25-cv-947**

**Judge Michael H. Watson**

**Magistrate Judge Jolson**

## ORDER

The Magistrate Judge performed an initial screen of the Amended Complaint in this case and issued a Report and Recommendation ("R&R") thereon. R&R, ECF No. 14. The R&R concluded that the Amended Complaint raised only First and Fourteenth Amendment legal mail and access-to-the-courts claims and raised those claims against only Jonathan Blackford ("Defendant"). *Id.* at 2. As such, the R&R recommended that the Court terminate as parties Inspector Shelley Clemmons ("Clemmons") and Luann Cooperrider ("Cooperrider"), who were named as defendants in the original Complaint but not the Amended Complaint. *Id.* at 3. The R&R notified Troy D. Ladd ("Plaintiff") of his right to object to that recommendation and of the consequences of failing to do so. *Id.* at 5. Plaintiff did not object.

Accordingly, the Court **ADOPTS** the R&R and **ORDERS** the Clerk to terminate Clemmons and Cooperrider as parties to the case.  The Clerk shall terminate ECF No. 14.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**